UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAROLYN HOWARD, individually and
as personal representative of the estate
of William Howard,

Plaintiff,

vs.                                                      Case No. 6:17-cv-01473-PGB-GJK

RICHARD WILKINSON, individually;
RICHARD LEBLANC, individually;
RYAN WILSON, individually;
JAMES NELSON, individually;
JUAN PADILLA, individually;
PENELOPE GRAY, individually;
NANCY MENDOZA, individually;
RODNEY MARTIN, individually;
ANDREA DISTIN-CAMPBELL, individually; and
ORANGE COUNTY, FLORIDA

Defendants.

_____/

## NOTICE OF FILING JOINTLY PROPOSED AND REQUESTED JURY INSTRUCTIONS, VERDICT FORMS, AND VOIR DIRE

Pursuant to this Court's Case Management and Scheduling Order filed November 30, 2017 [Doc. 52] and Amended Case Management and Scheduling Order filed September 5, 2018 [Doc. 71], and Endorsed Order filed April 18, 2019 [Doc. 108], the Parties, Plaintiff, Carolyn Howard, as personal representative of the estate of William Howard, and Defendants, Richard Wilkinson, Richard LeBlanc, Ryan Wilson, James Nelson, Juan Padilla, Penelope Gray, Nancy Mendoza, Rodney Martin, Andrea Distin-Campbell, and Orange County, Florida, by and through their respective undersigned counsel, submit the following Jointly Proposed Jury Instructions and Requested Jury Instructions for the trial of this action adopted or adapted from Eleventh

1

Circuit Pattern Jury Instructions for Civil Cases (2019) and Florida Standard Jury Instructions in Civil Cases, Verdict Forms, and Voir Dire.

The parties jointly propose the following Eleventh Circuit Pattern Jury Instructions for Civil Cases (2019) (attached as Exhibit A):

PRELIMINARY INSTRUCTIONS

    1.1 General Preliminary Instruction

    1.4 Jury Questions

TRIAL INSTRUCTIONS

    2.1 Stipulations

    2.7 In-Trial Instructions on News Coverage

BASIC INSTRUCTIONS

    3.1 Introduction

    3.2.3 Duty to Follow Instructions - Government Entity or Agency Involved

    3.3 Consideration of Direct and Circumstantial Evidence; Argument of Counsel; Comments by the Court

    3.4 Credibility of Witnesses

    3.5.1 Impeachment of Witnesses because of Inconsistent Statements

    3.6.2 Expert Witness - When Expert Fees Represent a Significant Portion of the Witness's Income

    3.7.1 Responsibility for Proof - Plaintiff's Claim[s], Cross Claims, Counterclaims - Preponderance of the Evidence

    3.7.2 Responsibility for Proof - Affirmative Defense Preponderance of the Evidence

3.8.1 Duty to Deliberate when only the Plaintiff Claims Damages

3.9 Election of Foreperson Explanation of Verdict Form[s]

CIVIL RIGHTS CONSTITUTIONAL CLAIMS INSTRUCTIONS

5.0 Introductory Annotations

5.4 Fourth or Fourteenth Amendment Claim – Private Person or Pretrial Detainee Alleging Excessive Force

5.7 Arrestee, Pretrial Detainee, or Convicted Prisoner Alleging Failure to Intervene

5.8 Eighth or Fourteenth Amendment Claim – Convicted Prisoner or Pretrial Detainee Alleging Deliberate Indifference to Serious Medical Need

5.10 Government Entity Liability (Incorporate into Instructions for Claims against Individual Defendants)

5.12 Civil Rights—42 U.S.C. § 1983 Claims—Supervisor Liability

The parties jointly propose the following Florida Standard Jury Instructions in Civil Cases(attached as Exhibit A):

401.4 Negligence

401.12 Legal Cause

401.21 Burden Of Proof On Main Claim

401.22 Defense Issues (Modified)

401.3 Greater Weight Of The Evidence

502.1(b) Wrongful Death Damages 502.2 Wrongful Death Damages: Elements For Estate And Survivors

3

502.6 Mortality Tables


The parties submit separate § 1983 Damages instructions on behalf of Plaintiff (attached as Exhibit B) and Defendants (attached as Exhibit C).

The parties submit separate Verdict Forms on behalf of Plaintiff (attached as Exhibit D) and Defendants (attached as Exhibit E).

The parties submit separate Voir Dire on behalf of Plaintiff (attached as Exhibit F) and Defendants (attached as Exhibit G).


Dated:  May 3, 2019


*/s/ Jesse B. Wilkison*
Wm. J. Sheppard, Esquire
Florida Bar No. 109154
Matthew R. Kachergus, Esquire
Florida Bar No. 503282
Bryan E. Demaggio, Esquire
Florida Bar No. 055712
Jesse B. Wilkison, Esquire
Florida Bar No. 118505
Sheppard, White, Kachergus & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone: 904-356-9661
Facsimile: 904-356-9667
sheplaw@att.net
Attorneys for Plaintiff

and

*/s/ Howard G. Butler*
Howard G. Butler, Esquire
Florida Bar No. 0503487
Drew W. Baskin, Esquire
Florida Bar No. 0109388
Butler Law Group
1506 Prudential Drive

4

Jacksonville, FL  32207
Telephone:  904-398-2308
Facsimile:  904-398-3000
hgb@butlerlawgroup.net
dwb@butlerlawgroup.net
Attorneys for Plaintiff


*/s/ Gail C. Bradford*
William E. Lawton, Esquire
Florida Bar No. 163236
Gail C. Bradford, Esquire
Florida Bar No. 0295980
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Telephone:  407-422-4310
Facsimile:  407-648-0233
wlawton@drml-law.com
gbradford@drml-law.com
Attorneys for Defendant, Orange County


*/s/ Derek J. Angell*
Dennis R. O'Connor, Esquire
Florida Bar No. 376574
Derek J. Angell, Esquire
Florida Bar No. 0073449
O'Connor & O'Connor, LLC
800 North Magnolia Avenue
Suite 1350
Orlando, Florida 32803
Telephone:  407-843-2100
Facsimile:  407-843-2061
doconnor@oconlaw.com
dangell@oconlaw.com
ndeeb@oconlaw.com
Attorneys for Defendants, Richard Wilkinson, Richard Leblanc, Ryan Wilson, James
Nelson, and Juan Padilla


*/s/* Brian F. Moes
Walter A. Ketcham, Esquire
Florida Bar No. 156630
Brian F. Moes, Esquire
Florida Bar No. 39403
Grower, Ketcham, Eide, Telan & Meltz, P.A.
Post Office Box 538065
Orlando, Florida 32853

Telephone:  407-423-9545
Facsimile:  407-425-7104
waketcham@growerketcham.com
bfmoes@growerketcham.com
Attorneys for Defendants, Penelope Gray, Nancy Mendoza, Rodney Martin, and Andrea Distin-Campbell

6