**PLAINTIFF'S REQUESTED VERDICT FORM – EXHIBIT D**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAROLYN HOWARD, individually and
as personal representative of the estate
of William Howard,

    Plaintiff,

vs.             Case No. 6:17-cv-01473-PGB-GJK

RICHARD WILKINSON, individually;
RICHARD LEBLANC, individually;
RYAN WILSON, individually;
JAMES NELSON, individually;
JUAN PADILLA, individually;
PENELOPE GRAY, individually;
NANCY MENDOZA, individually;
RODNEY MARTIN, individually;
ANDREA DISTIN-CAMPBELL, individually; and
ORANGE COUNTY, FLORIDA

    Defendants.

_____/

**Civil Rights – Special Interrogatories – 42 U.S.C. § 1983**
**Claim Against Richard Wilkinson**

**Special Interrogatories To The Jury**

**Do you find from a preponderance of the evidence:**

1.  That Defendant Richard Wilkinson intentionally committed acts that violated

William Howard's right to be free from excessive or unreasonable force?

      Answer Yes or No  _____

   If your answer is "No," this ends your deliberations on this claim.  You should move on

to answer the questions on the page "Claim Against Richard LeBlanc."

1

If your answer is "Yes," go to the next question.

2.    That Defendant Richard Wilkinson's conduct caused William Howard's death?

Answer Yes or No    _____

If your answer is "No," this ends your deliberations on this claim.  You should move on

to answer the questions on the page "Claim Against Richard LeBlanc."

If your answer is "Yes," go to the next question.

Please proceed to answer the questions on the page "Claim Against Richard LeBlanc."

**Civil Rights – Special Interrogatories – 42 U.S.C. § 1983
Claim Against Richard LeBlanc**

**<u>Special Interrogatories To The Jury</u>**

**Do you find from a preponderance of the evidence:**

1      That Defendant Richard LeBlanc intentionally committed acts that violated

William Howard's right to be free from excessive or unreasonable force?

Answer Yes or No          _____

If your answer is "No," this ends your deliberations on this claim.  You should move on

to answer the questions on the page "Claim Against Ryan Wilson."

If your answer is "Yes," go to the next question.

2.      That Defendant Richard LeBlanc's conduct caused or contributed to William

Howard's injury?

Answer Yes or No          _____

If your answer is "No," this ends your deliberations on this claim.  You should move on

to answer the questions on the page "Claim Against Ryan Wilson."

If your answer is "Yes," go to the next question.

Please proceed to answer the questions on the page "Claim Against Ryan Wilson."

**Civil Rights – Special Interrogatories – 42 U.S.C. § 1983
Claim Against Ryan Wilson**

**Special Interrogatories To The Jury**

**Do you find from a preponderance of the evidence:**

1.      That Defendant Ryan Wilson intentionally committed acts that violated William

Howard's right to be free from excessive or unreasonable force?

Answer Yes or No        _____

If your answer is "No," this ends your deliberations on this claim.  You should move on

to answer the questions on the page "Claim Against James Nelson."

If your answer is "Yes," go to the next question.

2.      That Defendant Ryan Wilson's conduct caused or contributed to William

Howard's injury?

Answer Yes or No        _____

If your answer is "No," this ends your deliberations on this claim.

If your answer is "Yes," go to the next question.

Please proceed to answer the questions on the page "Claim Against James Nelson."

4

## Civil Rights – Special Interrogatories – 42 U.S.C. § 1983
## Claim Against James Nelson

### <u>Special Interrogatories To The Jury</u>

If you answered "Yes," that either Richard Wilkinson, Richard LeBlanc, or Ryan Wilson intentionally committed acts that violated William Howard's right to be free from excessive or unreasonable force, Please proceed to answer the questions on the page "Claim Against James Nelson."

If you answered "No," that neither Richard Wilkinson, Richard LeBlanc, or Ryan Wilson intentionally committed acts that violated William Howard's right to be free from excessive or unreasonable force, this and your deliberations on this claim. You should move on to answer the questions on the page "Claim Against Juan Padilla."

**Do you find from a preponderance of the evidence:**

1.      That Defendant James Nelson intentionally failed to intervene when other officers committed acts that violated William Howard's right to be free from excessive or unreasonable force?

Answer Yes or No         _____

If your answer is "No," this ends your deliberations on this claim.  You should move on to answer the questions on the page "Claim Against Juan Padilla."

If your answer is "Yes," go to the next question.

3.      That Defendant James Nelson's conduct caused or contributed to William Howard's injury?

Answer Yes or No         _____

Please proceed to answer the questions on the page "Claim Against Juan Padilla."

5

**Civil Rights – Special Interrogatories – 42 U.S.C. § 1983**
**Claim Against Juan Padilla**

**Special Interrogatories To The Jury**

If you answered "Yes," that either Richard Wilkinson, Richard LeBlanc, or Ryan Wilson intentionally committed acts that violated William Howard's right to be free from excessive or unreasonable force, Please proceed to answer the questions on the page "Claim Against Juan Padilla."

If you answered "No," that neither Richard Wilkinson, Richard LeBlanc, or Ryan Wilson intentionally committed acts that violated William Howard's right to be free from excessive or unreasonable force, this and your deliberations on this claim. You should move on to answer the questions on the page "Claim Against Juan Padilla."

**Do you find from a preponderance of the evidence:**

1.      That Defendant Juan Padilla intentionally committed acts in his capacity as a supervisor that violated William Howard's right to be free from excessive or unreasonable force?

Answer Yes or No              _____

If your answer is "No," this ends your deliberations on this claim.  You should move on to answer the questions on the page "Claim Against Juan Padilla."

If your answer is "Yes," go to the next question.

2.  That Defendant Juan Padilla's conduct caused or contributed to William Howard's injury?

Answer Yes or No              _____

Please proceed to answer the questions on the page "Claim Against Penelope Gray."

6

**Civil Rights – Special Interrogatories – 42 U.S.C. § 1983**
**Claim Against Penelope Gray**

**Special Interrogatories To The Jury**

**Do you find from a preponderance of the evidence:**

1..     That Penelope Gray was deliberately indifferent to a serious medical need that in violation of his Fourteenth Amendment rights?

Answer Yes or No              _____

If your answer is "No," this ends your deliberations on this claim. You should move on to answer the questions on the page "Claim against Nancy Mendoza."

If your answer is "Yes," go to the next question.

2.     That Penelope Gray's conduct caused or contributed to William Howard's injury?

Answer Yes or No              _____

Please proceed to answer the questions on the page "Claim Against Nancy Mendoza."

**Civil Rights – Special Interrogatories – 42 U.S.C. § 1983
Claim Against Nancy Mendoza**

**<u>Special Interrogatories To The Jury</u>**

**Do you find from a preponderance of the evidence:**

3.      That Nancy Mendoza failed was deliberately indifferent to a serious medical need that in violation of his Fourteenth Amendment rights?

Answer Yes or No            _____

If your answer is "No," this ends your deliberations on this claim. You should move on to answer the questions on the page "Claim against Rodney Martin."

If your answer is "Yes," go to the next question.

4.      That Nancy Mendoza's conduct caused or contributed to William Howard's injury?

Answer Yes or No            _____

Please proceed to answer the questions on the page "Claim Against Rodney Martin."

**Civil Rights – Special Interrogatories – 42 U.S.C. § 1983**
**Claim Against Rodney Martin**

**Special Interrogatories To The Jury**

**Do you find from a preponderance of the evidence:**

1.      That Rodney Martin was deliberately indifferent to a serious medical need that in violation of his Fourteenth Amendment rights?

Answer Yes or No            _____

If your answer is "No," this ends your deliberations on this claim. You should move on to answer the questions on the page "Claim against Andrea Distin Campbell."

If your answer is "Yes," go to the next question.

2.      That Rodney Martin's conduct caused or contributed to William Howard's injury?

Please proceed to answer the questions on the page "Claim Against Andrea Distin Campbell."

9

**Civil Rights – Special Interrogatories – 42 U.S.C. § 1983**
**Claim Against Andrea Distin Campbell**

**<u>Special Interrogatories To The Jury</u>**

**Do you find from a preponderance of the evidence:**

3.      That Andrea Distin Campbell was deliberately indifferent to a serious medical need that in violation of his Fourteenth Amendment rights? Answer Yes or No          _____

_____

If your answer is "No," this ends your deliberations on this claim. You should move on to answer the questions on the page "Claim against Orange County."

If your answer is "Yes," go to the next question.

4.      That Andrea Distin Campbell's conduct caused or contributed to William Howard's injury?

Answer Yes or No          _____

Answer Yes or No          _____

Please proceed to answer the questions on the page "Claim Against Orange County."

**Civil Rights – Special Interrogatories – 42 U.S.C. § 1983**
**Claim Against Orange County**

**Special Interrogatories To The Jury**

If you answered "Yes," that either Richard Wilkinson, Richard LeBlanc, or Ryan Wilson intentionally committed acts that violated William Howard's right to be free from excessive or unreasonable force, or you answered "Yes," that either Penelope Gray, Nancy Mendoza, Rodney Martin, or Andrea Distin Campbell failed to provide necessary medical care for William Howard's serious medical need in deliberate indifference to the risk of serious harm, Please proceed to answer the questions on the page "Battery Claim against Orange County."

If you answered "No," that neither Richard Wilkinson, Richard LeBlanc, or Ryan Wilson intentionally committed acts that violated William Howard's right to be free from excessive or unreasonable force, and that neither Penelope Gray, Nancy Mendoza, Rodney Martin, or Andrea Distin Campbell failed to provide necessary medical care for William Howard's serious medical need in deliberate indifference to the risk of serious harm, this ends your deliberations on this claim. You should move on to answer the questions on the page "Battery Claim Against Orange County."

**Do you find from a preponderance of the evidence:**

1.     That an official policy or custom of Orange County directly caused William Howard's injuries?

Answer Yes or No            _____

Please proceed to answer the questions on the page "Battery Claim Against Orange County."

11

## Battery Claim Against Orange County

### Special Interrogatories To The Jury

**Do you find from a preponderance of the evidence:**

1.     That Richard Wilkinson, Richard LeBlanc, or Ryan Wilson unlawfully committed

the act of battery, causing the death of William Howard?

Answer Yes or No                 _____

Please proceed to answer the questions on the page "Negligent Hiring and Retention

Claim Against Orange County."

**Negligent Hiring and Retention Claim Against Orange County**

**Special Interrogatories To The Jury**

**Do you find from a preponderance of the evidence:**

1.      That Orange County was aware of it any problem indicating that Juan Padilla was unfit for employment at the time of William Howard's detention?

Answer Yes or No            _____

If your answer is "No," this ends your deliberations on this claim. You should move on to answer the questions on the page "Negligence Claim against Orange County."

If your answer is "Yes," go to the next question.

2.      That Orange County failed to take any further action to address any problem indicating that Juan Padilla was unfit for employment?

If your answer is "No," this ends your deliberations on this claim. You should move on to answer the questions on the page "Negligence Claim against Orange County."

If your answer is "Yes," go to the next question.

3.      That the Estate of William Howard should be awarded compensatory damages against Defendant Orange County?

Answer Yes or No            _____

Please proceed to answer the questions on the page "Negligence Claim Against Orange County."

13

**Negligence Claim Against Orange County**

**Special Interrogatories To The Jury**

**Do you find from a preponderance of the evidence:**

1.      That there was negligence on the part of Orange County which was a legal cause of injury to William Howard?

Answer Yes or No            _____

If your answer is "No," this ends your deliberations on this claim. You should date and sign this Verdict Form and return it to the courtroom.

If your answer is "Yes," go to the next question.

2.      That there was negligence on the part of William Howard which was a legal cause of his injury?

Answer Yes or No            _____

Go to the next question.

3.      That there was negligence on the part of any other Defendant which was a contributing legal cause of injury to William Howard?

Answer Yes or No            _____

Go to the next question.

4.      State the percentage of any negligence, which was a legal cause of injury William Howard that you charge to:

Orange County            _____%

Richard Wilkinson            _____%

Richard LeBlanc            _____%

Ryan Wilson            _____%

14

James Nelson                    _____%

Juan Padilla                    _____%

Penelope Gray                   _____%

Nancy Mendoza                   _____%

Rodney Martin                   _____%

Andrea          Distin         _____%

Campbell

William Howard                  _____%

**Total must be 100%**

(Note: For any response of "NO" to question 1, 2, or 3, place a zero as to that person or

entity in answering question 4.)

**<u>Damages</u>**

1.     If you answered "Yes," that either Richard Wilkinson, Richard LeBlanc, or Ryan Wilson intentionally committed acts that violated William Howard's right to be free from excessive or unreasonable force, or you answered "Yes," that either Penelope Gray, Nancy Mendoza, Rodney Martin, or Andrea Distin Campbell failed to provide necessary medical care for William Howard's serious medical need in deliberate indifference to the risk of serious harm, or that an official policy or custom of Orange County directly caused William Howard's injuries, please determine the following:

2.     That Carolyn Howard should be awarded nominal damages?

Answer Yes or No            _____

If your answer is "Yes," in what amount?            $_____

3.     That Plaintiff should be awarded compensatory damages?

Answer Yes or No            _____

If your answer is "Yes," in what amount for:

a.     Medical Expenses that the Estate of

William Howard incurred

$_____

b.     Funeral expenses that the Estate of

William Howard incurred

$_____

c.     The past mental pain and anguish of Carolyn

Howard as a result of the death of William Howard

$_____

16

    d.     The future mental pain and anguish of Carolyn

Howard as a result of the death of William Howard

$_____

    e.     The past value of support and services lost

by Carolyn Howard as a result of the death

of William Howard.

$_____

    f.     The future value of support and services lost

by Carolyn Howard as a result of the death

of William Howard.      $_____

    g.     The loss of enjoyment or the value

of William Howard's life.     $_____

4.     If you awarded damages to Plaintiff for a Fourteenth Amendment violation against Richard Wilkinson, Richard LeBlanc, Ryan Wilson, James Nelson, Juan Padilla, Penelope Gray, Nancy Mendoza, Rodney Martin, or Andrea Distin-Campbell, indicate whether you award Plaintiff punitive damages against Richard Wilkinson, Richard LeBlanc, Ryan Wilson, James Nelson, Juan Padilla, Penelope Gray, Nancy Mendoza, Rodney Martin, or Andrea Distin-Campbell for that violation

Answer Yes or No      _____

If your answer to the above question is "Yes," indicate the amount of punitive damages that Richard Wilkinson, Richard LeBlanc, Ryan Wilson, James Nelson, Juan Padilla, Penelope Gray, Nancy Mendoza, Rodney Martin, or Andrea Distin-Campbell should pay for a violation of William Howard's Fourteenth Amendment rights

17

Richard Wilkinson                          $_____

Richard LeBlanc                            $_____

Ryan Wilson                                $_____

James Nelson                               $_____

Juan Padilla                               $_____

Penelope Gray                              $_____

Nancy Mendoza                              $_____

Rodney Martin                              $_____

Andrea Distin Campbell                     $_____

Please sign and date this Form.

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: June _____, 2019