## <u>DEFENDANTS' REQUESTED VERDICT FORM</u>

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAROLYN HOWARD, individually and
as personal representative of the estate
of William Howard,

       Plaintiff,

vs.                                Case No. 6:17-cv-01473-PGB-GJK

RICHARD WILKINSON, individually;
RICHARD LEBLANC, individually;
RYAN WILSON, individually;
JAMES NELSON, individually;
JUAN PADILLA, individually;
PENELOPE GRAY, individually;
NANCY MENDOZA, individually;
RODNEY MARTIN, individually;
ANDREA DISTIN-CAMPBELL, individually; and
ORANGE COUNTY, FLORIDA

       Defendants.
_____/

### Civil Rights – Special Interrogatories – 42 U.S.C. § 1983
### Claim Against Richard Wilkinson

#### <u>Special Interrogatories To The Jury</u>

**Do you find from a preponderance of the evidence:**

1.     That Defendant Richard Wilkinson intentionally committed acts that violated

William Howard's right to be free from excessive or unreasonable force?

                 Answer Yes or No       _____

If your answer is "No," this ends your deliberations on this claim. You should move on

to answer the questions on the page "Claim Against Richard LeBlanc."

1

If your answer is "Yes," go to the next question.

2.      That Defendant Richard Wilkinson's conduct caused William Howard's death?

Answer Yes or No          _____

If your answer is "No," this ends your deliberations on this claim.  You should move on

to answer the questions on the page "Claim Against Richard LeBlanc."

If your answer is "Yes," go to the next question.

3.      That the Estate of William Howard should be awarded compensatory damages

against Defendant Richard Wilkinson?

Answer Yes or No          _____

Please proceed to answer the questions on the page "Claim Against Richard LeBlanc."

**Civil Rights – Special Interrogatories – 42 U.S.C. § 1983**
**Claim Against Richard LeBlanc**

**Special Interrogatories To The Jury**

**Do you find from a preponderance of the evidence:**

1       That Defendant Richard LeBlanc intentionally committed acts that violated William Howard's right to be free from excessive or unreasonable force?

Answer Yes or No        _____

If your answer is "No," this ends your deliberations on this claim.  You should move on to answer the questions on the page "Claim Against Ryan Wilson."

If your answer is "Yes," go to the next question.

2.       That Defendant Richard LeBlanc's conduct caused William Howard's death?

Answer Yes or No        _____

If your answer is "No," this ends your deliberations on this claim.  You should move on to answer the questions on the page "Claim Against Ryan Wilson."

If your answer is "Yes," go to the next question.

3.       That the Estate of William Howard should be awarded compensatory damages against Defendant Richard LeBlanc?

Answer Yes or No        _____

Please proceed to answer the questions on the page "Claim Against Ryan Wilson."

3

## Civil Rights – Special Interrogatories – 42 U.S.C. § 1983
## Claim Against Ryan Wilson

### Special Interrogatories To The Jury

**Do you find from a preponderance of the evidence:**

1.      That Defendant Ryan Wilson intentionally committed acts that violated William Howard's right to be free from excessive or unreasonable force?

Answer Yes or No        _____

If your answer is "No," this ends your deliberations on this claim.  You should move on to answer the questions on the page "Claim Against James Nelson."

If your answer is "Yes," go to the next question.

2.      That Defendant Ryan Wilson's conduct caused William Howard's death?

Answer Yes or No        _____

If your answer is "No," this ends your deliberations on this claim.

If your answer is "Yes," go to the next question.

3.      That the Estate of William Howard should be awarded compensatory damages against Defendant Ryan Wilson?

Answer Yes or No        _____

Please proceed to answer the questions on the page "Claim Against James Nelson."

4

**Civil Rights – Special Interrogatories – 42 U.S.C. § 1983**
**Claim Against James Nelson**

**Special Interrogatories To The Jury**

If you answered "Yes," that either Richard Wilkinson, Richard LeBlanc, or Ryan Wilson intentionally committed acts that violated William Howard's right to be free from excessive or unreasonable force, Please proceed to answer the questions on the page "Claim Against James Nelson."

If you answered "No," that neither Richard Wilkinson, Richard LeBlanc, or Ryan Wilson intentionally committed acts that violated William Howard's right to be free from excessive or unreasonable force, this and your deliberations on this claim. You should move on to answer the questions on the page "Claim Against Juan Padilla."

**Do you find from a preponderance of the evidence:**

1.      That Defendant James Nelson intentionally failed to intervene when other officers committed acts that violated William Howard's right to be free from excessive or unreasonable force?

Answer Yes or No             _____

If your answer is "No," this ends your deliberations on this claim.  You should move on to answer the questions on the page "Claim Against Juan Padilla."

If your answer is "Yes," go to the next question.

3.      That Defendant James Nelson's conduct caused William Howard's death?

Answer Yes or No             _____

If your answer is "No," this ends your deliberations on this claim.  You should move on to answer the questions on the page "Claim Against Juan Padilla."

If your answer is "Yes," go to the next question.

3.      That the Estate of William Howard should be awarded compensatory damages against Defendant James Nelson?

Answer Yes or No                    _____

Please proceed to answer the questions on the page "Claim Against Juan Padilla."

**Civil Rights – Special Interrogatories – 42 U.S.C. § 1983**
**Claim Against Juan Padilla**

**Special Interrogatories To The Jury**

If you answered "Yes," that either Richard Wilkinson, Richard LeBlanc, or Ryan Wilson intentionally committed acts that violated William Howard's right to be free from excessive or unreasonable force, Please proceed to answer the questions on the page "Claim Against Juan Padilla."

If you answered "No," that neither Richard Wilkinson, Richard LeBlanc, or Ryan Wilson intentionally committed acts that violated William Howard's right to be free from excessive or unreasonable force, this and your deliberations on this claim. You should move on to answer the questions on the page "Claim Against Juan Padilla."

**Do you find from a preponderance of the evidence:**

1.      That Defendant Juan Padilla intentionally committed acts in his capacity as a supervisor that violated William Howard's right to be free from excessive or unreasonable force?

Answer Yes or No    _____

If your answer is "No," this ends your deliberations on this claim.  You should move on to answer the questions on the page "Claim Against Juan Padilla."

If your answer is "Yes," go to the next question.

4.      That Defendant Juan Padilla's conduct caused William Howard's death?

Answer Yes or No    _____

If your answer is "No," this ends your deliberations on this claim.  You should move on to answer the questions on the page "Claim Against Penelope Gray."

If your answer is "Yes," go to the next question.

3.      That the Estate of William Howard should be awarded compensatory damages

7

against Defendant Juan Padilla?

Answer Yes or No      _____

Please proceed to answer the questions on the page "Claim Against Penelope Gray."

**Civil Rights – Special Interrogatories – 42 U.S.C. § 1983**
**Claim Against Penelope Gray**

**<u>Special Interrogatories To The Jury</u>**

**Do you find from a preponderance of the evidence:**

1.    That William Howard had a serious medical need?

Answer Yes or No            _____

If your answer is "No," this ends your deliberations on this claim. You should move on to

answer the questions on the page "Claim against Orange County."

If your answer is "Yes," go to the next question.

2.    That Penelope Gray knew that William Howard had a serious medical need that

posed a risk of serious harm?

Answer Yes or No            _____

If your answer is "No," this ends your deliberations on this claim. You should move on to

answer the questions on the page "Claim against Nancy Mendoza."

If your answer is "Yes," go to the next question.

3.    That Penelope Gray failed to provide necessary medical care for William

Howard's serious medical need in deliberate indifference to the risk of serious harm?

Answer Yes or No            _____

If your answer is "No," this ends your deliberations on this claim. You should move on to

answer the questions on the page "Claim against Nancy Mendoza."

If your answer is "Yes," go to the next question.

4.    That Penelope Gray's conduct caused William Howard's injuries?

Answer Yes or No            _____

If your answer is "No," this ends your deliberations on this claim. You should move on to

9

answer the questions on the page "Claim against Nancy Mendoza."

If your answer is "Yes," go to the next question.

5.      That the Estate of William Howard should be awarded compensatory damages against Defendant Penelope Gray?

Answer Yes or No          _____

Please proceed to answer the questions on the page "Claim Against Nancy Mendoza."

**Civil Rights – Special Interrogatories – 42 U.S.C. § 1983
Claim Against Nancy Mendoza**

**<u>Special Interrogatories To The Jury</u>**

**Do you find from a preponderance of the evidence:**

1.      That Nancy Mendoza knew that William Howard had a serious medical need that posed a risk of serious harm?

Answer Yes or No              _____

If your answer is "No," this ends your deliberations on this claim. You should move on to answer the questions on the page "Claim against Rodney Martin."

If your answer is "Yes," go to the next question.

3.      That Nancy Mendoza failed to provide necessary medical care for William Howard's serious medical need in deliberate indifference to the risk of serious harm?

Answer Yes or No              _____

If your answer is "No," this ends your deliberations on this claim. You should move on to answer the questions on the page "Claim against Rodney Martin."

If your answer is "Yes," go to the next question.

4.      That Nancy Mendoza's conduct caused William Howard's injuries?

Answer Yes or No              _____

If your answer is "No," this ends your deliberations on this claim. You should move on to answer the questions on the page "Claim against Rodney Martin."

If your answer is "Yes," go to the next question.

5.      That the Estate of William Howard should be awarded compensatory damages against Defendant Nancy Mendoza?

Answer Yes or No              _____

11

Please proceed to answer the questions on the page "Claim Against Rodney Martin."

**Civil Rights – Special Interrogatories – 42 U.S.C. § 1983**
**Claim Against Rodney Martin**

**Special Interrogatories To The Jury**

**Do you find from a preponderance of the evidence:**

1.     That Rodney Martin knew that William Howard had a serious medical need that posed a risk of serious harm?

Answer Yes or No                 _____

If your answer is "No," this ends your deliberations on this claim. You should move on to answer the questions on the page "Claim against Andrea Distin Campbell."

If your answer is "Yes," go to the next question.

3.     That Rodney Martin failed to provide necessary medical care for William Howard's serious medical need in deliberate indifference to the risk of serious harm?

Answer Yes or No                 _____

If your answer is "No," this ends your deliberations on this claim. You should move on to answer the questions on the page "Claim against Andrea Distin Campbell."

If your answer is "Yes," go to the next question.

4.     That Rodney Martin's conduct caused William Howard's injuries?

Answer Yes or No                 _____

If your answer is "No," this ends your deliberations on this claim. You should move on to answer the questions on the page "Claim against Andrea Distin Campbell."

If your answer is "Yes," go to the next question.

5.     That the Estate of William Howard should be awarded compensatory damages against Defendant Rodney Martin?

Answer Yes or No                 _____

13

Please proceed to answer the questions on the page "Claim Against Andrea Distin Campbell."

**Civil Rights – Special Interrogatories – 42 U.S.C. § 1983
Claim Against Andrea Distin Campbell**

**<u>Special Interrogatories To The Jury</u>**

**Do you find from a preponderance of the evidence:**

1.      That Andrea Distin Campbell knew that William Howard had a serious medical need that posed a risk of serious harm?

Answer Yes or No               _____

If your answer is "No," this ends your deliberations on this claim. You should move on to answer the questions on the page "Claim against Orange county."

If your answer is "Yes," go to the next question.

3.      That Andrea Distin Campbell failed to provide necessary medical care for William Howard's serious medical need in deliberate indifference to the risk of serious harm?

Answer Yes or No               _____

If your answer is "No," this ends your deliberations on this claim. You should move on to answer the questions on the page "Claim against Orange County."

If your answer is "Yes," go to the next question.

4.      That Andrea Distin Campbell's conduct caused William Howard's injuries?

Answer Yes or No               _____

If your answer is "No," this ends your deliberations on this claim. You should move on to answer the questions on the page "Claim against Orange County."

If your answer is "Yes," go to the next question.

5.      That the Estate of William Howard should be awarded compensatory damages against Defendant Andrea Distin Campbell?

Answer Yes or No               _____

15

Please proceed to answer the questions on the page "Claim Against Orange County."

**Civil Rights – Special Interrogatories – 42 U.S.C. § 1983**
**Claim Against Orange County**

**Special Interrogatories To The Jury**

If you answered "Yes," that either Richard Wilkinson, Richard LeBlanc, or Ryan Wilson intentionally committed acts that violated William Howard's right to be free from excessive or unreasonable force, or you answered "Yes," that either Penelope Gray, Nancy Mendoza, Rodney Martin, or Andrea Distin Campbell failed to provide necessary medical care for William Howard's serious medical need in deliberate indifference to the risk of serious harm, Please proceed to answer the questions on the page "Battery Claim against Orange County."

If you answered "No," that neither Richard Wilkinson, Richard LeBlanc, or Ryan Wilson intentionally committed acts that violated William Howard's right to be free from excessive or unreasonable force, and that neither Penelope Gray, Nancy Mendoza, Rodney Martin, or Andrea Distin Campbell failed to provide necessary medical care for William Howard's serious medical need in deliberate indifference to the risk of serious harm, this ends your deliberations on this claim. You should move on to answer the questions on the page "Battery Claim Against Orange County."

**Do you find from a preponderance of the evidence:**

1.      That an official policy or custom of Orange County directly caused William Howard's injuries?

Answer Yes or No              _____

If your answer is "No," this ends your deliberations on this claim. You should move on to answer the questions on the page "Claim against Orange County."

If your answer is "Yes," go to the next question.

17

2.    That the Estate of William Howard should be awarded compensatory damages against Defendant Orange County?

Answer Yes or No                    _____

Please proceed to answer the questions on the page "Battery Claim Against Orange County."

**Battery Claim Against Orange County**

**Special Interrogatories To The Jury**

**Do you find from a preponderance of the evidence:**

1.     That Richard Wilkinson, Richard LeBlanc, or Ryan Wilson unlawfully committed the act of battery, causing the death of William Howard?

Answer Yes or No          _____

If your answer is "No," this ends your deliberations on this claim. You should move on to answer the questions on the page "Claim against Orange County."

If your answer is "Yes," go to the next question.

2.     That the Estate of William Howard should be awarded compensatory damages against Defendant Orange County?

Answer Yes or No          _____

Please proceed to answer the questions on the page "Negligent Hiring and Retention Claim Against Orange County."

**Negligent Hiring and Retention Claim Against Orange County**

**<u>Special Interrogatories To The Jury</u>**

**Do you find from a preponderance of the evidence:**

1.      That Orange County was aware of any problem indicating that Juan Padilla was unfit for employment at the time of William Howard's detention?

Answer Yes or No               _____

If your answer is "No," this ends your deliberations on this claim. You should move on to answer the questions on the page "Negligence Claim against Orange County."

If your answer is "Yes," go to the next question.

2.      That Orange County failed to take any further action to address any problem indicating that Juan Padilla was unfit for employment?

If your answer is "No," this ends your deliberations on this claim. You should move on to answer the questions on the page "Negligence Claim against Orange County."

If your answer is "Yes," go to the next question.

3.      That the Estate of William Howard should be awarded compensatory damages against Defendant Orange County?

Answer Yes or No               _____

Please proceed to answer the questions on the page "Negligence Claim Against Orange County."

**Negligence Against Orange County**

**Special Interrogatories To The Jury**

**Do you find from a preponderance of the evidence:**

1.      That there was negligence on the part of Orange County which was a legal cause of injury to William Howard?

Answer Yes or No        _____

If your answer is "No," this ends your deliberations on this claim. You should date and sign this Verdict Form and return it to the courtroom.

If your answer is "Yes," go to the next question.

2.      That there was negligence on the part of William Howard which was a legal cause of his injury?

Answer Yes or No        _____

Go to the next question.

3.      That there was negligence on the part of any other Defendant which was a contributing legal cause of injury to William Howard?

Answer Yes or No        _____

Go to the next question.

4.      State the percentage of any negligence, which was a legal cause of injury William Howard that you charge to:

Orange County            _____%

Richard Wilkinson        _____%

Richard LeBlanc          _____%

Ryan Wilson              _____%

21

James Nelson     _____%

Juan Padilla     _____%

Penelope Gray     _____%

Nancy Mendoza     _____%

Rodney Martin     _____%

Andrea    Distin    _____%

Campbell

William Howard     _____%

**Total must be 100%**

(Note: For any response of "NO" to question 1, 2, or 3, place a zero as to that person or entity in answering question 4.)

**<u>Damages</u>**

1.      If you answered "Yes," that either Richard Wilkinson, Richard LeBlanc, or Ryan Wilson intentionally committed acts that violated William Howard's right to be free from excessive or unreasonable force, or you answered "Yes," that either Penelope Gray, Nancy Mendoza, Rodney Martin, or Andrea Distin Campbell failed to provide necessary medical care for William Howard's serious medical need in deliberate indifference to the risk of serious harm, or that an official policy or custom of Orange County directly caused William Howard's injuries, please determine the following:

2.      That Carolyn Howard should be awarded nominal damages?

                        Answer Yes or No              _____

If your answer is "Yes," in what amount?        $_____

3.      That Plaintiff should be awarded compensatory damages?

                        Answer Yes or No              _____

If your answer is "Yes," in what amount for:

      a.      Medical Expenses that the Estate of

            William Howard incurred

                                            $_____

      b.      Funeral expenses that the Estate of

            William Howard incurred

                                          $_____

      c.      The mental pain and anguish of Carolyn

            Howard as a result of the death of

            William

Howard

$_____

4.     If you answered "Yes," that either Richard Wilkinson, Richard LeBlanc, or Ryan Wilson intentionally committed acts that violated William Howard's right to be free from excessive or unreasonable force, or you answered "Yes," that either Penelope Gray, Nancy Mendoza, Rodney Martin, or Andrea Distin Campbell failed to provide necessary medical care for William Howard's serious medical need in deliberate indifference to the risk of serious harm, or that an official policy or custom of Orange County directly caused William Howard's injuries, please indicate what percentage of the above damages he, she, or it caused.  The total of all percentages below must equal 100%.

Richard Wilkinson              _____%

Richard LeBlanc                _____%

Ryan Wilson                    _____%

James Nelson                   _____%

Juan Padilla                   _____%

Penelope Gray                  _____%

Nancy Mendoza                  _____%

Rodney Martin                  _____%

Andrea Distin Campbell         _____%

Orange County                  _____%

5.     If you awarded damages to Plaintiff for a Fourteenth Amendment violation against Richard Wilkinson, Richard LeBlanc, Ryan Wilson, James Nelson, Juan Padilla, Penelope Gray, Nancy Mendoza, Rodney Martin, or Andrea Distin-Campbell, indicate whether

24

you award Plaintiff punitive damages against Richard Wilkinson, Richard LeBlanc, Ryan Wilson, James Nelson, Juan Padilla, Penelope Gray, Nancy Mendoza, Rodney Martin, or Andrea Distin-Campbell for that violation

Answer Yes or No                          _____

If your answer to the above question is "Yes," indicate the amount of punitive damages that Richard Wilkinson, Richard LeBlanc, Ryan Wilson, James Nelson, Juan Padilla, Penelope Gray, Nancy Mendoza, Rodney Martin, or Andrea Distin-Campbell should pay for a violation of William Howard's Fourteenth Amendment rights

| | |
|---|---|
| Richard Wilkinson | $_____ |
| Richard LeBlanc | $_____ |
| Ryan Wilson | $_____ |
| James Nelson | $_____ |
| Juan Padilla | $_____ |
| Penelope Gray | $_____ |
| Nancy Mendoza | $_____ |
| Rodney Martin | $_____ |
| Andrea Distin Campbell | $_____ |

Please go to consider damages against Orange County, Florida.

If you found that Carolyn Howard is entitled to compensatory damages in question 1, you should write in the same amounts below.

6.    What is the total amount of damages sustained by the Estate of William Howard?

a.    Medical Expenses that the Estate of

William Howard incurred

25

$_____

    b.    Funeral expenses that the Estate of

    William Howard incurred

$_____

    c.    The mental pain and anguish of Carolyn

    Howard as a result of the death of

    William Howard

$_____

Please sign and date this Form.

    SO SAY WE ALL.

_____
Foreperson's Signature

DATE: June _____, 2019