## PLAINTIFF'S VOIR DIRE QUESTIONS – EXHIBIT F

1.   Have you or someone close to you ever had any dealings with:

   a.   Orange County

   b.   Law firm of Dean Ringers, Morgan & Lawton P.A.

   c.   William Lawton

   d.   Gail Bradford

   e.   Law firm of Grower, Ketcham, Eide, Telan & Meltz, P.A.

   f.   Walter Ketcham Jr.

   g.   Brian F. Moes

   h.   Law firm of O'Connor & O'Connor

   i.   Derek Angell

2.   Have you or someone close to you ever had any dealings with:

   a.   Carolyn Howard

   b.   The Butler Law Group

   c.   Sheppard, White, Kachergus & DeMaggio P.A.

3.   By a show of hands will everyone agree to be brutally honest about their feelings even if you think it might offend me or someone else?

4.   If you or someone close to you were seriously injured would you hesitate to bring a lawsuit?

5.   Do any of you have any friends or family that work in law enforcement or at a correctional facility (In general, and in Orange County)? Tell us about that.

6.   Do any of you have any feelings that the testimony of a corrections officer is entitled to a little more weight than the testimony of a private individual? Tell us about that.

1

7.    How do you feel about lawsuits against law enforcement corrections personnel arising out of their work?

8.    Would any of you hesitate to any degree to hold law enforcement or correctional facility employee legally responsible for injuries sustained by a detainee while performing their job duties regardless of the evidence or law? Tell us about that.

9.    Do any of you have friends or family that work as medical professionals such as nurses, doctors or mental health professionals? Tell us about that.

10.    Do any of you have any feelings that the testimony of a medical professional is entitled to a little more weight than the testimony of a private individual? Tell us about that.

11.    Would any of you hesitate to any degree to hold medical professionals legally responsible for injuries sustained by a detainee while performing their job duties regardless of the evidence or law? Tell us about that.

12.    Are you familiar with the difference between an inmate and a pre-trial detainee? What is your understanding as to the difference?

13.    Would you draw any inference from the fact that Mr. Howard was detained at the time of the incident?

14. Do any of you feel to any degree that a pretrial detainee is entitled to a different standard of care than an ordinary citizen would be? Tell us about that.

15.    Have any of you or someone close to you ever been arrested or detained in a jail or corrections facility? Tell us about that.

16.    Do any of you or someone close to you have any personal experience with pepper spray or Oleoresin Capsicum Spray? Tell us about that.

17. Have you or someone close to you ever been the victim of a crime? Tell us about that.

18. Do any of you believe that there should be some limit on the amount of monetary damages against the Defendant Orange County or its employees regardless of the evidence or law? Tell us about that.

19. Would any of you have any reservations in awarding substantial damages against Orange County or any of its employees because you are a taxpayer? Tell us about that.

20. Would any of you have any concerns about awarding large monetary damages for harms, such as emotional distress, pain and suffering, loss of dignity, or deprivation of a constitutional right? Tell us about that.

21. Do you feel that jury awards are becoming to high or that too many lawsuits are being filed?

22. Based on your perceptions do you feel that most personal injury cases are meritorious or frivolous?

23. If you had to put a number on it, what percentage of lawsuits do you think are frivolous?

24. Do you or someone close to you work for or with insurance carriers, adjusters or investigators?

25. Have you or someone close to you ever been a party to a lawsuit? What kind of case was it? Plaintiff or Defendant? Resolution? Was there anything about that experience that cause you to harbor any doubts or negative attitudes toward the civil justice system for any reason? Tell us about that.

26.     Do you or someone close to you harbor any doubts or negative attitude(s) toward the civil justice system for any reason? Tell us about that.

27.     You will be asked to award noneconomic these types of damages in this case by the greater weight of the evidence for the past and future:

a.  Loss of companionship

b.  Loss of protection

c.  Mental pain

d.  Suffering

28.     To individual jurors – Do you serve on any committees? Member of any clubs or organizations?

29.     Are any of you responsible for supervising any people in your job position? If so, how many people do you supervise?

30.     Do you have any problems with eyesight, hearing, or any other impairment that would cause you difficulty in paying close attention to a video or audio recording played in the courtroom?

31      What news outlet or outlets do you primarily use to get your news?