## DEFENDANTS' PROPOSED VOIR DIRE – EXHIBIT G

1.    Name.

2.    Residence/County address.

3.    Occupation/Employment of immediate family members/please describe duties.

4.    Education (including spouse and adult children).

5.    Do you live with/provide care for elderly relative?

6.    Experience as prior juror/prior jury duty/state or federal court/chosen as foreperson/civil or criminal?

7.    Experience as the witness, i.e. testified before either in deposition or formal proceedings.

8.    Family member involved in litigation as either a Plaintiff or a Defendant/describe.

9.    Specialized training as a nurse, physical therapist, physician, health care technician, etc. Describe.

10.    Specialized training in field of mental health/psychology/psychiatry? Describe.

11.    Specialized training in law enforcement/corrections? Describe.

12.    Family member in law enforcement or corrections? Describe.

13.    Bad experience/good experience with law enforcement? Describe.

14.    Family member arrested? Describe.

15.    Family member detained at the Orange County Jail?

16.    Specialized knowledge of Orange County Jail operations?

17.    Personal knowledge of any incident at the Orange County Jail?

18.    Personal knowledge of any incident at the Orange County Jail?

19.    Personal knowledge of this incident at the Orange County Jail?

20.    Have you seen any news coverage regarding this incident at the Orange County Jail?

21.     Have an opinion regarding corrections operations, generally, or with specific reference to Orange County Corrections or the Orange County Jail?

22.     Have an opinion regarding litigation trends, i.e. are the courts used improperly or are there too many frivolous lawsuits?